| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Quattlebaum, Jr, Arthur M. | 2. Court or Organization United States Fourth Circuit Court of Appeals | 3. Date of Report 03/30/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |
| 7. Chambers or Office Address Clement Haynesworth Federal Building 300 East Washington Street Greenville, SC, 29601 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Enveritas |
| 2. | Director | Greater Greenville YMCA |
| 3. | Director | Christ Church Episcopal School (no longer a Director) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 03/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | May 28-May 31, 2019 | Lisbon, Portugal | Non-FJC educational seminar | Transportation, meals,lodging |
| 2. | George Mason University | April 25-28, 2019 | Washington, DC | Inaugural Antonin Scalia Forum | Transportation, meals,lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 03/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Future Scholar 529 Plan (H) | | | | | | | | | |
| 2. -Columbia Conservative E Agg Track | B | Interest | L | T | | | | | |
| 3. Future Scholar 529 Plan (H) | | | | | | | | | |
| 4. -Columbia Bank Deposit 529 E | A | Interest | M | T | | | | | |
| 5. Future Scholar 529 Plan (H) | | | | | | | | | |
| 6. -Columbia Bank Deposit Plan | A | Interest | M | T | | | | | |
| 7. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 8. LQ Janus Henderson IRA (H) Account (H) | | | | | | | | | |
| 9. -Janus Henderson Research D Shr | C | Dividend | L | T | | | | | |
| 10. -Foster Victor IRA (H) | | | | | | | | | |
| 11. -JP Morgan Divers Ret US Mid Cp Eq ETF | D | Dividend | M | T | Sold (part) | 09/13/19 | J | A | |
| 12. -JP Morgan Diversified Return US Eq ETF | D | Dividend | M | T | | | | | |
| 13. -Schwab US Large-Cap Value ETF | D | Dividend | M | T | | | | | |
| 14. -Schwab US Large-Cap Growth ETF | A | Dividend | J | T | | | | | |
| 15. -American Funds New World F1 | D | Dividend | M | T | Sold (part) | 02/26/19 | J | A | |
| 16. -JP Morgan Divers Ret US Small Cap Eq ETF | B | Dividend | M | T | | | | | |
| 17. -Prudential Short-Term Corporate Bd Z | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MFS International New Discovery A | C | Dividend | M | T | | | | | |
| 19. -Ishares Edge Min VolEAFE ETF | B | Dividend | K | T | | | | | |
| 20. -PPL Corporation | B | Dividend | K | T | | | | | |
| 21. -Genuine Parts Co | C | Dividend | M | T | Buy (add'l) | 06/24/19 | L | | |
| 22. -Altria Group Inc | D | Dividend | M | T | Buy (add'l) | 06/24/19 | L | | |
| 23. -Alliant Energy Corp | A | Dividend | J | T | Sold (part) | 06/24/19 | K | D | |
| 24. -Compass Minerals Int | A | Dividend | J | T | Sold (part) | 06/24/19 | K | A | |
| 25. -Lamar Advertising Co REIT | A | Dividend | J | T | Sold (part) | 06/24/19 | L | A | |
| 26. | | | | | Sold (part) | 08/22/19 | J | A | |
| 27. -Pepsico Incorporated | B | Dividend | K | T | Sold (part) | 06/24/19 | K | C | |
| 28. -Emerson Electric Co | B | Dividend | L | T | | | | | |
| 29. -Verizon Communication | B | Dividend | K | T | Sold (part) | 06/24/19 | K | C | |
| 30. -Amer Electric Power Co | C | Dividend | L | T | | | | | |
| 31. -Southern Company | B | Dividend | K | T | Sold (part) | 06/24/19 | K | D | |
| 32. -Hanesbrands Inc | A | Dividend | J | T | Sold (part) | 06/24/19 | L | A | |
| 33. -Wells Fargo Bank | B | Dividend | K | T | Sold (part) | 06/24/19 | K | A | |
| 34. -Truist Financial Corp (F/K/A BB&T Corporation) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Amgen Inc | C | Dividend | M | T | Buy (add'l) | 06/24/19 | L | | |
| 36. -Johnson & Johnson | C | Dividend | M | T | Buy (add'l) | 06/24/19 | L | | |
| 37. -Ventas Inc REIT | A | Dividend | J | T | Sold (part) | 06/24/19 | L | E | |
| 38. -Welltower REIT | D | Dividend | M | T | Buy (add'l) | 06/24/19 | K | | |
| 39. -Procter & Gamble | B | Dividend | L | T | Sold (part) | 06/24/19 | L | E | |
| 40. -Duke Energy Corp | A | Dividend | J | T | Sold (part) | 06/24/19 | L | D | |
| 41. -Pfizer Incorporated | B | Dividend | L | T | | | | | |
| 42. -PIMCO Income Class A | C | Dividend | L | T | | | | | |
| 43. -Phillip Morris Intl | C | Dividend | K | T | Sold (part) | 06/24/19 | K | A | |
| 44. -Dominion Energy Inc | | None | | | Sold | 05/01/19 | L | D | |
| 45. -General Mills | B | Dividend | K | T | Sold (part) | 06/24/19 | K | C | |
| 46. -Enbridge Inc | C | Dividend | L | T | Sold (part) | 06/24/19 | L | C | |
| 47. -Realty Incm Corp REIT | C | Dividend | M | T | Buy (add'l) | 09/13/19 | J | | |
| 48. -Loomis Sayles Core Plus Bond Fund Cl A | C | Dividend | M | T | | | | | |
| 49. -T. Rowe Price Real Estate Fund Inv | C | Dividend | L | T | | | | | |
| 50. -United Parcel Srvc | B | Dividend | K | T | Sold (part) | 06/24/19 | K | A | |
| 51. | | | | | Sold (part) | 09/13/19 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Oakmark Intl Fund Inv | C | Dividend | M | T | | | | | |
| 53. -T. Rowe Price Blue Chip Growth Fd Inv | C | Dividend | M | T | | | | | |
| 54. -T Rowe Price Oversease Stock Fund Inv | C | Dividend | M | T | | | | | |
| 55. -Schwab Bank Cash Sweep | A | Interest | M | T | | | | | |
| 56. -PIMCO Total Return Fund Cl A | C | Dividend | K | T | | | | | |
| 57. -Broadcom Inc | D | Dividend | M | T | Buy | 06/24/19 | M | | |
| 58. -Keurig Dr Pepper Inc | C | Dividend | M | T | Buy | 06/24/19 | M | | |
| 59. -Metlife Inc | B | Dividend | K | T | Buy | 06/24/19 | K | | |
| 60. -Valero Energy Corp | D | Dividend | M | T | Buy | 06/24/19 | M | | |
| 61. FVWA Taxable Account (H) | | | | | | | | | |
| 62. -Fidelity Adv LTD Term Muni INCM Fd A | C | Dividend | K | T | Sold<br>(part) | 01/02/19 | J | A | |
| 63. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 64. -JP Morgan Diversified Return US Mid | A | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 65. -JP Morgan Diversified Return US Small | A | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 66. -JP Morgan Diversified Return US Equity | B | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 67. | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 68. -MFS Intl New Discovery A | B | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Nuveen High Yield Muni Bond Fund Cl A | B | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 70.   -American Fund New World Fd Cl F1 | A | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 71. | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 72.   -Oakmark Intl Fd Inv | | None | | | Sold<br>(part) | 06/06/19 | J | A | |
| 73. | | | | | Sold | 11/19/19 | K | A | |
| 74.   -PIMCO Income Cl A | C | Dividend | K | T | Sold<br>(part) | 01/02/19 | J | A | |
| 75. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 76.   -T. Rowe Price Emerging Mkts Bond Fd Inv | | None | | | Sold | 01/02/19 | K | A | |
| 77.   -T. Rowe Price Tax Free Short Interim Inv | C | Dividend | K | T | Sold<br>(part) | 01/02/19 | J | A | |
| 78. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 79.   -Schwab US Large Cap Growth ETF | | None | | | Sold | 01/02/19 | K | A | |
| 80.   -Schwab US Large Cap Value ETF | B | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 81.   -Deutsche Managed Muni Bd Cl S | C | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 82.   -Schwab Value Advantage Money Fund | C | Dividend | M | T | Sold<br>(part) | 05/08/19 | K | A | |
| 83. | | | | | Sold<br>(part) | 12/23/19 | K | A | |
| 84.   -T. Rowe Price Overseas Stock Fund Inv | B | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 85.   -T. Rowe Price Real Estate Fund Inv | | None | | | Sold<br>(part) | 06/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Quattlebaum, Jr, Arthur M. | 03/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | Sold | 11/19/19 | J | B | |
| 87. | -Schwab Bank Cash Sweep | A | Dividend | K | T | | | | | |
| 88. | -Ishares Edge MSCI Min Vol EAFE ETF | A | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 89. | | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 90. | -T. Rowe Price Blue Chip Growth Fund Inv | B | Dividend | K | T | Buy | 01/02/19 | K | | |
| 91. | | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 92. | | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 93. | -PIMCO Total Return Fund | B | Dividend | K | T | Buy | 01/02/19 | K | | |
| 94. | -Ishares Core US REIT ETF | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 95. | -Ishares Edge MSCI Intl QLT FCTR ETF | A | Dividend | K | T | Buy | 11/19/19 | K | | |
| 96. | | | | | | | | | | |
| 97. | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 03/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Foster Victor IRA and FVWA Taxable Account listed in lines 10-95 reflect the information about that account as of 12/31/2019. The amounts in the IRA have since been reinvested, along with the proceeds from other retirement funds associated with my old firm into the FVWA IRA and FVWA Taxable Account described in section VII. Therefore, the value codes that were in the prior FDR have been deleted in this updated FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur M. Quattlebaum, Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544